Scott Charles Ciecko, Shawn A. Lillegren, Stephen L. Madkour, County Counsel, Clackamas County Counsel, Oregon City, OR, for Defendants-Appellees Barbie Doe, Janice Doe, John Doe, Sherry Hall

Sharia Mayfield, Assistant Attorney General, Oregon Department of Justice, Salem, OR, for Defendants-Appellees Jeanne Atkins, Kate Brown

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

## MEMORANDUM **

Raymond Baldwin appeals pro se from the district court's order dismissing his 42 U.S.C. § 1983 action alleging federal and state law claims. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

In his opening brief, Baldwin fails to address the district court's grounds for dismissal and has therefore waived his challenge to the district court's order. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) ("[W]e will not consider any claims that were not actually argued in appellant's opening brief."); *Acosta-Huerta v. Estelle*, 7 F.3d 139, 144 (9th Cir. 1992) (issues not supported by argument in pro se appellant's opening brief are waived); *see also Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We will not manufacture argu-ments for an appellant, and a bare assertion does not preserve a claim . . . .").

We reject as without merit Baldwin's contention that the district court erred by failing to allow oral argument.

We do not consider matters raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

All pending motions and requests are denied.

**AFFIRMED.**

**Haci KURT, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

### No. 10-71558

United States Court of Appeals, Ninth Circuit.

Filed February 22, 2018

Marc Van Der Hout, Katherine Margaret Lewis, Esquire, Attorney, Van Der Hout, Brigagliano & Nightingale, LLP, San Francisco, CA, for Petitioner

Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Margaret Kuehne Taylor, Attorney, Anthony Cardozo Payne,

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-. ed by Ninth Circuit Rule 36-3.

Senior Litigation Counsel, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent

Before: GILMAN,* GRABER, and CALLAHAN, Circuit Judges.

### ORDER

On February 2, 2018, the Board of Immigration Appeals granted Haci Kurt's motion to reopen and remanded the matter to the Immigration Judge for further proceedings. Our memorandum disposition dated March 6, 2017 is withdrawn and this petition for review is dismissed as moot. The copy of this order constitutes the mandate of this court.